# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:15-cr-279 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| GREGORY L. WADE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on October 17, 2024. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Knapp reported that a supervised release violation hearing was held on October 24, 2024. The defendant admitted to the following violations:

1. Whereabouts Unknown;
2. Unauthorized Use of Drugs; and
3. Failure to Report for Drug Screens.

The magistrate judge filed a report and recommendation on October 25, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on November 14, 2024. Present were the following: Assistant United States Attorney David Toepfer, representing

the United States; Attorney J. Reid Yoder, representing the defendant; the defendant Gregory L. Wade, and United States Probation Officers Alexander Lucas and Benjamin Jurevicius.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is modified, as follows: as soon as a bed is available, the defendant is to be released from custody to Community Assessment & Treatment Services (CATS) in Cleveland, Ohio, for a minimum of thirty (30) days. Following the successful completion of the in-patient treatment program, the defendant must participate in a sober living home that is approved by the U.S. Probation Office for a minimum of four (4) months and must follow all the program rules and successfully complete the sober living home. All other terms and conditions of defendant's supervised release shall remain in effect.

**IT IS SO ORDERED**.

Dated: November 14, 2024

                                                      **HONORABLE SARA LIOI**
                                                      **CHIEF JUDGE**
                                                      **UNITED STATES DISTRICT COURT**